# N THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| STARLINDA BRANICK,<br><br>    Plaintiff,<br><br>    v.<br><br>BET STREAMING LLC,<br><br>    Defendant. | Case No. 1:21-cv-00889<br><br>Hon. Martha M. Pacold |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Starlinda Branick ("Plaintiff") and Defendant BET Streaming, LLC, ("Defendant"), by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate that:

1. This action shall be DISMISSED with prejudice as between Plaintiff and Defendant;

2. Except as noted in the Settlement Agreement between the parties, each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Date: August 20, 2021

Respectfully submitted,

/s/ Douglas W. Bax
Douglas W. Bax
**WILLIAMS, BAX & SALTZMAN, P.C.**
221 N. LaSalle Street
Suite 3700
Chicago, IL 60601
Tel: (312) 372-3311
Email: bax@wbs-law.com

John M. Magliery
**DAVIS WRIGHT TREMAINE LLP**
1251 Avenue of the Americas, 21st Floor
New York, NY 10020
Tel: (212) 603-6444
Fax: (212) 379-5212
johnmagliery@dwt.com

/s/ R. Bruce Carlson
R. Bruce Carlson
Nicholas A. Colella
**CARLSON LYNCH LLP**
1133 Penn Ave., 5th Floor
Pittsburgh, PA 15222
Phone: (412) 322-9243
Fax: (412) 231-0246
bcarlson@carlsonlynch.com
ncolella@carlsonlynch.com

*Attorneys for Plaintiff*